IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiffs,

    vs.

JOHNATHAN F. KLEIN,

          Defendants.

4:25CR3095

ORDER

IT IS ORDERED:

1)    Defendant's motion for chemical dependency evaluation, (Filing No. 52), is granted.

2)    Omaha Correctional Facility shall allow Evan Carter, MS, PLADC, with UFY Counseling, to conduct an evaluation with defendant in a private setting to be determined by jail staff.

3)    Defense counsel shall coordinate a date and time with the Omaha Correctional Facility for the screening.

Dated this 16th day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge